UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN DOBBS,<br><br>           Plaintiff,<br><br>     v.<br><br>JACOB, et al.,<br><br>           Defendants. | No.  1:23-cv-01409 GSA (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER<br><br>(ECF No. 4)<br><br>PLAINTIFF'S SHOWING OF CAUSE DUE **FEBRUARY 23, 2024** |

Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

For the reasons stated below, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey a court order, specifically, for failure to provide a copy of his six-month prison trust fund account statement.  As an alternative to filing a response to the order to show cause, Plaintiff may either file a copy of the statement, or he may pay the filing fee in full.

I.     BACKGROUND

On October 4, 2023, Plaintiff was ordered to submit a copy of his six-month prison trust fund account statement, and to do so within sixty days.  See ECF No. 4 at 2.  More than sixty

1

days have passed, and Plaintiff has neither filed a copy of his trust account statement, nor has he responded to the Court's order in any way.

II. DISCUSSION

Federal law requires a party commencing a civil action to pay filing fees. See 28 U.S.C. § 1914. In order for a prisoner to proceed in forma pauperis, he must submit an affidavit that includes a statement of all assets and an assertion that he is unable to prepay the fees. 28 U.S.C. § 1915(a)(1). He must also submit a certified copy of his trust fund account statement for the six-month period that immediately precedes the filing of his complaint. Id. at (a)(2).

Plaintiff has submitted the appropriate affidavit. See ECF No. 2 (application to proceed in forma pauperis). Plaintiff has not, however, submitted a copy of his six-month prison trust fund account statement. For this reason, Plaintiff will be ordered to show cause why this matter should not be dismissed for failure to obey a court order.

Plaintiff may file objections to this order or, in the alternative, he may file a six-month prison trust fund account statement or pay the filing fee in full. He will be given thirty days to comply with this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, – **February 23, 2024**, – Plaintiff shall file a showing of cause why this matter should not be dismissed for failure to obey a court order, and

2. In lieu of filing a showing of cause, Plaintiff may either: (a) file a copy of his six-month prison trust fund account statement with the Court, or (b) pay the filing fee in full.

**Plaintiff is cautioned that failure to timely respond to the Court's order may result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **January 24, 2024**                         **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE