**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DYLAN DOBBS,<br>Plaintiff,<br>v.<br>JACOB, et al.,<br>Defendants. | Case No. 1:23-cv-01409 JLT FJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE; AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 22) |

Dylan Dobbs seeks to hold the defendants liable for violations of his civil rights under the Fourteenth Amendment, related to his contraction of and treatment for COVID-19 while a pretrial detainee at Madera County Jail. (*See generally* Doc. 14.) The magistrate judge screened Plaintiff's amended complaint and found he failed to state a cognizable claim. (Doc. 15.) Although granted more than three months to file an amended complaint, Plaintiff failed to do so. (*See* Docs. 18, 20.)

The magistrate judge issued Findings and Recommendations, incorporating the findings of the Screening Order and recommending dismissal for failure to state a claim. (Doc. 22 at 2-7, 9.) The magistrate judge also found Plaintiff failed to prosecute this action and failed to comply with the Court's orders, and terminating sanctions were appropriate for these failures. (*Id.* at 7-9.) Therefore, the magistrate judge recommended the action be dismissed with prejudice. (*Id.* at 9.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 22 at 10.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 29, 2026 (Doc. 22) are **ADOPTED** in full.

2. This action is **DISMISSED** with prejudice for Plaintiff's failure to state a claim, failure to obey a court order, and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _ September 1, 2026_

[signature]
UNITED STATES DISTRICT JUDGE